Receipt 110906609
$55.76



Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court: 06-2992

Please deposit the funds listed below into the U.S. Treasury as "unclaimed funds." I have made a diligent effort to locate the claimant for said funds and have been unable to locate the claimant. *

Claimant  LISA WEISS   Amount $ 55.76   Claims Register # 7

Claimant _____ Amount $ _____ Claims Register # _____

Claimant _____ Amount $ _____ Claims Register # _____

Claimant _____ Amount $ _____ Claims Register # _____

Claimant _____ Amount $ _____ Claims Register # _____

Thomas A. Dorey
Trustee Name

* Mail Returned
  No Forwarding Address
  Internet Search = 0

Thomas A. Dorey
Attorney
P. O. Box 247
Lakewood, NY 14750-0247



ROCHESTER NY 144
05 JUN 2010 PM

NIXIE         146    5E   1          00  05/09/10
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 14750024747      *1819-01672-05-45



Lisa Weiss
1021 Olean Rd. Lot 54
East Aurora NY 14052